No. 94–5473. FERTEL-RUST *v.* CITY OF MILWAUKEE, WISCONSIN (two cases). C. A. 7th Cir. Certiorari denied.

No. 94–5474. KLANG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5477. GRAHAM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5479. HARMON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5481. BENSON *v.* MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–5482. ACOSTA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5483. BAUER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–5485. GLASS *v.* BOOTHBY. C. A. 8th Cir. Certiorari denied.

No. 94–5487. GREY *v.* RUTT ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5488. HAYS *v.* KLAUSER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–5489. GARVEY *v.* SZABO, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 94–5490. GORLOV *v.* NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, HUMAN RESOURCES ADMINISTRATION (two cases). C. A. 2d Cir. Certiorari denied.

No. 94–5491. GUICHARD *v.* WISNIESKI ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5492. FLOYD *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5493. JOHNSON *v.* DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.